

**In the ADOPTION OF: D.S.,
a Minor Appeal of: A.S.**

**1863 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

083 Adoptions 2016 (Cumberland)

Affirmed

**In the ADOPTION OF: D.S., a Minor**

**Appeal of: A.S.**

**1866 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–21–DP–0000027–2015 (Cumberland)

Affirmed

**COM.**

**v.**

**JONES, S.**

**1869 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–67–CR–0005363–2000
(York)

Affirmed

**In the ADOPTION OF: D.S.**

**Appeal of: J.P.**

**1889 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

083 Adoptions 2016 (Cumberland)

Affirmed

**In the ADOPTION OF: D.S., a Minor**

**Appeal of: J.P.**

**1890 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–21–DP–0000027–2015
(Cumberland)

Affirmed

**IN RE: A.N.L.**

**Appeal of: A.B.**

**1949 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

236 OC 2015
(Columbia)

Affirmed

